**United States District Court**
For the Northern District of California

*E-FILED 7/22/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD, | No. C09-02242 HRL |
| Plaintiff, | **ORDER (1) RE DEADLINE FOR PLAINTIFF'S CONSENT OR DECLINATION; AND (2) CONTINUING MOTION HEARINGS** |
| v. | |
| GREENSPUN CORPORATION; G.C. INVESTMENTS, LLC; THIRD POINT PARTNERS L.P.; THIRD POINT PARTNERS QUALIFIED L.P.; THIRD POINT OFFSHORE FUND LTD.; THIRD POINT ULTRA LTD.; THIRD POINT LLC, | |
| Defendants. | |

Pursuant to Civil Local Rule 73-1, all parties were required to file either a consent or declination to proceed before a United States magistrate judge no later than June 2, 2009. A clerk's notice was issued on May 26, 2009 reminding the parties of this obligation. (See Docket #7). To date, plaintiff has not yet consented or declined.

Plaintiff is directed to file either his consent or declination **no later than July 28, 2009**. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov. The July 28, 2009 motion hearings on defendants' motion to dismiss (Docket #4), plaintiff's motion for remand (Docket #15), and plaintiff's motion for leave to amend the complaint (Docket #18) are **continued to August 11,**

1  **2009, 10:00 a.m.** in Courtroom 2.

2  SO ORDERED.

3  Dated: July 22, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:09-cv-02242-HRL Notice has been electronically mailed to:**

2  Ardell Johnson arjoh@pacbell.net

3  Eric Berg EBerg@bhfs.com, MEldridge@bhfs.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.