NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD, | No. C09-02242 HRL |
| Plaintiff, | **ORDER GRANTING PARTIES' REQUEST FOR CONTINUANCE** |
| v. | |
| GREENSPUN CORPORATION; G.C. INVESTMENTS, LLC; THIRD POINT PARTNERS L.P.; THIRD POINT PARTNERS QUALIFIED L.P.; THIRD POINT OFFSHORE FUND LTD.; THIRD POINT ULTRA LTD.; THIRD POINT LLC, | |
| Defendants. | |

The parties' request to continue the case management conference is granted. The case management conference set for March 2, 2010 is continued to **April 27, 2010, 1:30 p.m.** in Courtroom 2. The parties' joint case management statement shall be filed no later than **April 20, 2010**.

SO ORDERED.

Dated: February 22, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:09-cv-02242-HRL Notice has been electronically mailed to:**

Ardell Johnson arjoh@pacbell.net

Eric Berg EBerg@bhfs.com, MEldridge@bhfs.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.